# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MAGNOLIA CAPITAL ADVISORS, INC.,
etc.,

      Plaintiff,

v.                                  CASE NO.  4:06cv350-RH/WCS

BEAR STEARNS & CO., INC.,
etc., et al.,

      Defendants.

_____/

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from handling this matter.

SO ORDERED this 12th day of September, 2006.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge