**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MAGNOLIA CAPITAL ADVISORS, INC.,
a Florida dissolved corporation, by and
through Don Reinhard, its President
and Director,

        Plaintiff,

vs.                                   CASE NO.: 4:06-cv-350-SPM/AK

BEAR STEARNS & CO., INC.,
a foreign corporation; and
BEAR STEARNS SECURITIES
CORP., a foreign corporation,

        Defendants.

_____/

## <u>ORDER MODIFYING STAY</u>

      **THIS CAUSE** comes before the Court upon the "Plaintiff's Motion to

Modify Stay"  (doc. 83), in which Plaintiff requests that the Court permit certain

limited discovery in light of the opinion issued by the Eleventh Circuit (doc. 85).

      The Court finds the request to be reasonable.  Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1.     The motion to modify the stay (doc. 83) is hereby *granted*.

2.     The stay of discovery in this case shall be lifted to allow the limited

       discovery requested in Plaintiff's motion.

      **DONE AND ORDERED** this <u>seventeenth</u> day of June, 2008.


                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge